IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Connie Sheraw | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:18-CV-00930 |
| | : | |
| Outback | : | **PRAECIPE TO SETTLE, DISCONTINUE** |
| | : | **AND END** |
| | : | |
| Defendant. | : | |

Counsel of Record for this Party:

Marc I. Simon, Esquire
PA I.D. #: 201798
Ryan M. Flaherty, Esquire
PA I.D. #: 314552
Amanda L. Nese, Esquire
PA I.D. #: 318981

SIMON & SIMON, P.C.
707 Grant Street, Suite 1200
Pittsburgh, PA 15219
Tel: (412)360-7257
Fax: (267)639-9006
Email: amandanese@gosimon.com

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Connie Sheraw | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:18-CV-00930 |
| | : | |
| Outback | : | **PRAECIPE TO SETTLE, DISCONTINUE** |
| | : | **AND END** |
| | : | |
| Defendant. | : | |

## PRAECIPE TO SETTLE, DISCONTINUE AND END

Kindly mark the docket as settled, discontinued and ended as to all parties.

Respectfully Submitted,

SIMON & SIMON, P.C.

_/s/_Ryan Flaherty_____
Ryan Flaherty, Esquire
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Ryan Flaherty, attorney for plaintiff, certify that the foregoing Praecipe was served via electronic mail on **December 10, 2020** upon the following:

*Lee Janiczek, Esquire*
*550 E. Swedesford Road*
*Suite 270*
*Wayne, PA 19087*
*Lee.Janiczek@lewisbrisbois.com*

                                                  SIMON & SIMON, P.C.

                                                  __/s/ Ryan Flaherty___
                                                  Ryan Flaherty, Esquire
                                                  Attorney for Plaintiff